**RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
Kristi M. Wells, Esq., #276865
Nancy Ly, Esq., #272035
Erica T. Loftis, Esq., #259286

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937/ Fax: 714.277.4899
Email jdamen@rcolegal.com

RCO No.: 72320
Attorneys for Defendant, BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Robert Berkeley Smith, III dba Log Jam Construction<br>Mellanie Ferne Smith<br><br>Plaintiff(s). | Bk. No. 10-70673-WJL<br>Chapter 13<br><br>AP No. 14-04036-WJL<br><br>ANSWER TO COMPLAINT SEEKING ENFORCEMENT OF ORDER TO REFUND MONIES AND FINDING BANK OF AMERICA, N.A. IN CONTEMPT<br><br><u>Status Conference:</u><br>Date: May 28, 2014<br>Time: 10:30 a.m.<br>Courtroom 220 |
| Robert Berkeley Smith, III dba Log Jam Construction<br>Mellanie Ferne Smith<br>Plaintiff.<br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | |

Defendant, Bank of America, N.A. ("Defendant"), hereby answers the Complaint Seeking Enforcement of Order to Refund Monies and Finding Bank of America, N.A. in Contempt ("Complaint"), filed by Plaintiffs as follows:

## JURISDICTION AND PARTIES

1. Answering paragraph 1 of the Complaint, Defendant admits such allegations based upon information and belief.

2. Answering paragraph 2 of the Complaint, Defendant admits such allegations based upon information and belief.

3. Answering paragraph 3 of the Complaint, Defendant admits such allegations based upon information and belief.

4. Answering paragraph 4 of the Compliant, Defendant admits such allegations based upon information and belief.

5. Answering paragraph 5 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

## STATEMENT OF FACTS

6. Answering paragraph 6 of the Complaint, Defendant admits it filed Proof of Claim #19 in the above-captioned Chapter 13 case. Defendant denies said Proof of Claim was filed erroneously.

7. Answering paragraph 7 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

8. Answering paragraph 8 of the Complaint, Defendant admits such allegations based upon information and belief.

9. Answering paragraph 9 of the Complaint, Defendant admits such allegations based upon information and belief.

10. Answering paragraph 10 of the Complaint, Defendant admits such allegations based upon information and belief.

11. Answering paragraph 11 of the Compliant, Defendant admits an email was sent to Plaintiffs' attorney on September 5, 2013, suggesting Plaintiffs proceed with default. As to all other allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

12. Answering paragraph 12 of the Complaint, Defendant admits such allegations based upon information and belief.

13. Answering paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

14. Answering paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

15. Answering paragraph 15 of the Complaint, Defendant admits receipt of a demand letter from Plaintiff's attorney. As to all remaining allegations, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

16. Answering paragraph 16 of the Complaint, Defendant admits it has not yet refunded monies paid to the Chapter 13 Trustee. As to all remaining allegations, Defendant denies such allegations.

## CAUSE OF ACTION NO. 1
**Bank Of America, N.A. Does Not Have An Allowed Claim**

17. Defendant re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 16, inclusive, as though fully set forth herein.

18. No claim is asserted against defendant in paragraph 17 of the Plaintiff's Complaint. Therefore, no response is required. To the extent a response is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

19. No claim is asserted against defendant in paragraph 18 of the Plaintiff's Complaint. Therefore, no response is required. To the extent a response is deemed necessary, Defendant is

without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

## CAUSE OF ACTION NO. 2
### Bank of America Violated a Court Order to Return Funds of the Bankruptcy Estate

20. Defendant re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 16, inclusive, as though fully set forth herein.

21. No claim is asserted against defendant in paragraph 19 through 21 of the Plaintiff's Complaint. Therefore no response is required. To the extent a response is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

22. Answering paragraph 22 of the Complaint, Defendant denies it filed an erroneous Proof of Claim. Defendant denies counsel of record, Mr. Jonathan Damen, used the term "erroneous" in the email attached to Plaintiffs' Complaint as Exhibit D.

23. No claim is asserted against defendant in paragraph 23 of the Plaintiff's Complaint. Therefore no response is required. To the extent a response is deemed necessary, Defendant admits the Order's terms are clear and unambiguous.

24. Answering paragraph 24 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

25. No claim is asserted against defendant in paragraph 25 of the Plaintiff's Complaint. Therefore no response is required. To the extent a response is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

26. No claim is asserted against defendant in paragraph 26 of the Plaintiff's Complaint. Therefore no response is required. To the extent a response is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

## AFFIRMATIVE DEFENSE

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether or not it has any unstated affirmed defenses available. Discovery has not yet been completed in this case and additional facts may be uncovered during the course of discovery which give rise to assert affirmative defenses in the event that they are indicated by the evidence.

WHEREFORE, Defendant prays for judgment as follows:

1. That the Plaintiffs take nothing by way of their of their Complaint;
2. That Defendant be afforded time and opportunity to resolve by issuing a credit to Plaintiffs, thru Defendant's new servicing agent.

5/5/14
Date

Jonathan J Damen
Erica Loftus
Attorney for Movant

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **ANSWER TO COMPLAINT SEEKING ENFORCEMENT OF ORDER TO REFUND MONIES AND FINDING BANK OF AMERICA IN CONTEMPT** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail as follows:

**SERVICE VIA U.S. MAIL:**
Robert Berkeley Smith, III dba Log Jam Construction
141 Ygnacio Ct
Walnut Creek, CA 94598

Mellanie Ferne Smith
141 Ygnacio Ct.
Walnut Creek, CA 94598

**ELECTRONIC SERVICE:**
Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Carl Gustafson
crg@lincolnlaw.com

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct.

Service was made and this declaration was executed on May 5, 2014 at Santa Ana, California.

By: *[signature]*